In the Matter of Supplementary Proceedings: LYON METALLIC MFG. COMPANY, Judgment Creditor, Respondent, v. EDWARD S. DONOVAN, Judgment Debtor,

---

* Revd., 265 N. Y. 292.

Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.